**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter   __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Warrior Transport, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 38-4035463 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **753 N. George Washington Blvd**<br>**Yuba City, CA 95993**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sutter**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Warrior Transport, LLC**                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4841__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

| Debtor | **Warrior Transport, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
| --- | --- | --- | --- |
| District | | When _____ | Case number, if known |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
          Contact name _____
          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** .

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☑ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 3

Debtor    **Warrior Transport, LLC**                  Case number (*if known*) _____
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Warrior Transport, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2023**
                  MM / DD / YYYY

**X** **/s/ Jaskarn Johal**                  **Jaskarn Johal**
     Signature of authorized representative of debtor       Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Seth L. Hanson**              Date  **November 29, 2023**
     Signature of attorney for debtor                MM / DD / YYYY

**Seth L. Hanson**
Printed name

**Law Office of Seth L. Hanson**
Firm name

**576 North Sunrise Blvd**
**Suite 110B**
**Roseville, CA 95661**
Number, Street, City, State & ZIP Code

Contact phone   **916-780-7005**      Email address   **seth@hansonattorney.com**

**217027 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Warrior Transport, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2023**    *X* **/s/ Jaskarn Johal**
    Signature of individual signing on behalf of debtor

    **Jaskarn Johal**
    Printed name

    **President**
    Position or relationship to debtor

| **Fill in this information to identify the case:** |
|---|

Debtor name    **Warrior Transport, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*...........................................................................................   $                 **0.00**

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................................   $          **14,040.00**

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................................   $          **14,040.00**

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **1,004,834.78**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................   $                 **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................   +$     **3,842,456.10**

4.    **Total liabilities** ..................................................................................................................
     Lines 2 + 3a + 3b                           $     **4,847,290.88**

**Fill in this information to identify the case:**

Debtor name      **Warrior Transport, LLC**

United States Bankruptcy Court for the:      EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Wells Fargo (balance is negative)** | **Checking** | **0247** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** | **$0.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**      **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Debtor    **Warrior Transport, LLC**      Case number *(If known)* _____
     Name

---

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No. Go to Part 6.
   ☐ Yes Fill in the information below.

---

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture and equipment | $0.00 | Liquidation | $14,040.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.      | $14,040.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

---

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

Debtor      **Warrior Transport, LLC**                                    Case number *(If known)* _____
                    Name

---

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor   **Warrior Transport, LLC**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,040.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,040.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $14,040.00 |

**Fill in this information to identify the case:**

Debtor name    **Warrior Transport, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Ecapital** | Describe debtor's property that is subject to a lien | $504,834.78 | $19,040.00 |
|---|---|---|---|---|

Creditor's Name

**5928 Pascal Court, Suite 200**
**Carlsbad, CA 92008**

Creditor's mailing address

**Factoring loan with UCC filing covering all assets**

Describe the lien
**UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8823**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **Small Business Administration** | Describe debtor's property that is subject to a lien | $500,000.00 | $19,040.00 |
|---|---|---|---|---|

Creditor's Name

**409 3rd St, SW**
**Washington, DC 20416**

Creditor's mailing address

**EIDL Loan with UCC lien covering all assets**

Describe the lien
**UCC Filing**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7403**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Warrior Transport, LLC**
_____          Case number (if known) _____
              Name

■ No
☐ Yes. Specify each creditor,          ☐ Contingent
including this creditor and its relative   ☐ Unliquidated
priority.                                ☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $1,004,834.78 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name  **Warrior Transport, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** **Nonpriority creditor's name and mailing address**<br>**Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br><br>Date(s) debt was incurred  **10/21/21**<br>Last 4 digits of account number  **4929** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2019 Peterbilt - last 4 of VIN 3499 (repossessed)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97,118.64** |
| **3.2** **Nonpriority creditor's name and mailing address**<br>**Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438**<br><br>Date(s) debt was incurred  **10/21/21**<br>Last 4 digits of account number  **4924** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2019 Peterbilt 579 - 3501 (repossessed)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$97,118.64** |
| **3.3** **Nonpriority creditor's name and mailing address**<br>**Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438-0901**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **4963** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2019 Peterbilt 579 last 4 VIN - 3493 (repossessed)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$99,158.04** |
| **3.4** **Nonpriority creditor's name and mailing address**<br>**Arvest Bank**<br>**PO Box 799**<br>**Lowell, AR 72745**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **2718** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2022 Munoz LC - last 4 of VIN: 2533 (repossessed)**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$47,500.00** |

Debtor    **Warrior Transport, LLC**       Case number (if known) _____

Name

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$319,899.00** |
|---|---|---|---|

**Arvest Equipment Finance**
**8000 Taylor Avenue**
**Fort Smith, AR 72916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0644**

Basis for the claim: **2022 Hytr HC - last 4 of VIN: 5043 (repossessed)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$84,263.25** |
|---|---|---|---|

**Ascentium Capital**
**23970 US-59**
**Kingwood, TX 77339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **2609**

Basis for the claim: **Software (asset tracker)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$309.42** |
|---|---|---|---|

**AT&T**
**32 Avenue of Americas**
**New York, NY 10013-2412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number **8938**

Basis for the claim: **Phone sevice**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,097.59** |
|---|---|---|---|

**Bank of America Leasing**
**Lease Administration Center**
**PO Box 405874**
**Atlanta, GA 30384-5874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **554A**

Basis for the claim: **2x Hyundai Translead Dry Van last 4 VIN - 7222; 7223 (repossessed)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$225,875.32** |
|---|---|---|---|

**BMO Harris Bank, N.A.**
**111 W. Monroe St.**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7001**

Basis for the claim: **2021 Peterbilt 579 - 3076**
**2021 Peterbilt 579 - 3077**
**(both repossessed)**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$564,945.00** |
|---|---|---|---|

**Crossroads Equipment Lease and Finance**
**9385 Haven Ave**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1755**

Basis for the claim: **5x 2019 Peterbilt 579 with last 4 of vin - 4920; 4930; 4940; 4942; 4943 (all repossessed)**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Warrior Transport, LLC**          Case number (if known) _____

Name

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,401.35
**Daimler Truck Financial**
**14372 Heritage Parkway Suite 400**
**Fort Worth, TX 76177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1001**

Basis for the claim:  **2019 Peterbilt 579 - Last 4 of VIN: 3493**
**2019 Peterbilt 579 - totalled**
**2019 Peterbilt 579 - Last 4 of VIN: unkown**
**2019 Peterbilt 579 - Last 4 of VIN: 3490**
**(all repossessed)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,140.00
**De Lage Landen Financial Services, Inc.**
**1111 Old Eagle School Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,701.30
**De Lage Landen Financial Services, INC.**
**PO Box 825736**
**Philadelphia, PA 19182-5736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8783**

Basis for the claim:  **2023 Hytr LC - last 4 of VIN: 5205**
**2023 Hytr LC - last 4 of VIN: 5092**
**2023 Hytr LC - last 4 of VIN: 5188**
**2023 Hytr LC - last 4 of VIN: 5190**
**2023 Hytr LC - last 4 of VIN: 5201 (repossessed)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,584.83
**Dobbs Peterbilt**
**2800 136th Avenue Court East**
**Sumner, WA 98390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vehicle Repairs**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $155,037.62
**Engs Commercial Finance Co.**
**One Pierce Place**
**Suite 1100 West**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9924**

Basis for the claim:  **2022 Kenworth T680 last 4 of VIN - 8778**
**(surrendered)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,827.97
**First Insurance Funding**
**450 Skokie Blvd., Suite 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **2208**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Warrior Transport, LLC**     Case number (if known) _____
_____
Name

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,161.65** |

**Hyundai Translead Trailer Finance**
**655 Business Center Drive**
**Horsham, PA 19044**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** **Trailer**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,144,263.36** |

**Lee Financial Services**
**2727 E Central Avenue**
**Fresno, CA 93725**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4814**

**Basis for the claim:** **2022 Hytr HC - last 4 of VIN: 5055**
**2022 Hytr HC - last 4 of VIN: 5052**
**2022 Hytr HC - last 4 of VIN: 5054**
**2022 Hytr HC - last 4 of VIN: 5048**
**2022 Hytr HC  - last 4 of VIN: 5042**
**2022 Hytr HC - last 4 of VIN: 5044**
**2020 Wabash LC (repo'd)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$136,281.56** |

**Mitsubishi HC Capital America**
**PO Box 71347**
**Chicago, IL 60694-1347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **9924**

**Basis for the claim:** **2022 Kenworth T680 Sleeper Tr last 4 of VIN - 8778 (repossessed)**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,307.14** |

**Navitas Credit Corp.**
**203 Fort Wade Rd Suite 300**
**Ponte Vedra, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **4831**

**Basis for the claim:** **2013 Wabash LC  - last 4 of VIN: 1735**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$109,203.00** |

**Paccar Financial**
**777 106th Avenue N.E.**
**Bellevue, WA 98004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **3825**

**Basis for the claim:** **2019 Peterbilt 579 - Last 4 of VIN: 8080 (repossessed)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$29,630.01** |

**Penske Truck Leasing**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **7458**

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Warrior Transport, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$232,313.15** |
|---|---|---|---|

PNC Bank
655 Business Center Drive
Horsham, PA 19044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **9070**

Basis for the claim:  **2023 Freightliner Cascadia - last 4 of VIN: 1468**
**2023 Hytr LC - last 4 of VIN: 5176 (repossessed)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$63,739.08** |
|---|---|---|---|

Tandem Finance
Pawnee Eqpt Receivables 2022-1
PO Box 736904
 TX 75300

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **0582**

Basis for the claim:  **2023 Utility LC - last 4 of VIN: 5705 (repossessed)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,621.18** |
|---|---|---|---|

Umpqua Bank Vendor Finance
3455 S 344th Way
#300
Auburn, WA 98001-9546

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **8301**

Basis for the claim:  **2013 Wabash LC  - last 4 of VIN: 9104**
**2013 Wabash LC - last 4 of VIN: 9108 (repossessed)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,476.00** |
|---|---|---|---|

Wells Fargo Bank NA
Wells Fargo Card Services
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **5889**

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125,482.00** |
|---|---|---|---|

Wells Fargo Equipment Finance
800 Walnut Street, 4th Floor
Des Moines, IA 50309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Bobcat T650 and JCB Forklift**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order** any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,842,456.10 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,842,456.10 |

Official Form 206 E/F               Schedule E/F: Creditors Who Have Unsecured Claims                Page 5 of 6

Debtor    **Warrior Transport, LLC**                           Case number (if known) _____
          Name

**Fill in this information to identify the case:**

Debtor name    **Warrior Transport, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name **Warrior Transport, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Lee Financial Services** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |
| 2.2 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **De Lage Landen Financial Services, INC.** | ☐ D _____<br>■ E/F __3.13__<br>☐ G _____ |
| 2.3 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Ally Financial** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |
| 2.4 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Ally Financial** | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.5 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Ally Financial** | ☐ D _____<br>■ E/F __3.3__<br>☐ G _____ |

Debtor  **Warrior Transport, LLC**                     Case number *(if known)* _____

▊ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Arvest Bank** | ☐ D _____ ■ E/F **3.4** ☐ G _____ |
| 2.7 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Arvest Equipment Finance** | ☐ D _____ ■ E/F **3.5** ☐ G _____ |
| 2.8 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Umpqua Bank Vendor Finance** | ☐ D _____ ■ E/F **3.25** ☐ G _____ |
| 2.9 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Navitas Credit Corp.** | ☐ D _____ ■ E/F **3.20** ☐ G _____ |
| 2.10 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Daimler Truck Financial** | ☐ D _____ ■ E/F **3.11** ☐ G _____ |
| 2.11 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Crossroads Equipment Lease and Finance** | ☐ D _____ ■ E/F **3.10** ☐ G _____ |
| 2.12 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **PNC Bank** | ☐ D _____ ■ E/F **3.23** ☐ G _____ |
| 2.13 | **Kooner, Bhupinder** | **9724 Sword Dancer Drive Roseville, CA 95747** | **Tandem Finance** | ☐ D _____ ■ E/F **3.24** ☐ G _____ |

Debtor    **Warrior Transport, LLC**                        Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| | | | |
|---|---|---|---|
| 2.14 | **Kooner,<br>Bhupinder** | **9724 Sword Dancer Drive<br>Roseville, CA 95747** | **Engs Commercial<br>Finance Co.** |

☐ D _____
■ E/F   **3.15**
☐ G _____

| | | | |
|---|---|---|---|
| 2.15 | **Kooner,<br>Bhupinder** | **9724 Sword Dancer Drive<br>Roseville, CA 95747** | **BMO Harris Bank,<br>N.A.** |

☐ D _____
■ E/F   **3.9**
☐ G _____

| | | | |
|---|---|---|---|
| 2.16 | **Kooner,<br>Bhupinder** | **9724 Sword Dancer Drive<br>Roseville, CA 95747** | **Wells Fargo Bank NA** |

☐ D _____
■ E/F   **3.26**
☐ G _____

| Fill in this information to identify the case: |
| --- |

Debtor name  **Warrior Transport, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:      Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ☐ Operating a business ■ Other   **Gross Business Income** | **$8,081,789.00** |
| **For prior year:** From  **1/01/2022** to **12/31/2022** | ☐ Operating a business ■ Other   **Gross Business Income** | **$8,865,273.00** |
| **For year before that:** From  **1/01/2021** to **12/31/2021** | ☐ Operating a business ■ Other   **Gross Business Income** | **$4,831,917.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
| --- | --- | --- |

**Part 2:      List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
| --- | --- | --- | --- |

Debtor  **Warrior Transport, LLC**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Milestone Leasing Company** | | **$28,308.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payments on leased equipment** |
| 3.2.  **Wells Fargo Bank NA<br>Wells Fargo Card Services<br>PO Box 10438 MAC F8235-02F<br>Des Moines, IA 50306-0438** | **Last 90 days** | **$36,894.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Credit card and line of credit** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Jaskarn Johal<br>753 N. George Washington Blvd<br>Yuba City, CA 95993<br>Owner and officer** | **May 5, 2023** | **$25,000.00** | **Jaskarn used his personal funds to make payroll on May 4, 2023 and the 25,000 was repaid to him the next day on May 5, 2023.** |
| 4.2.  **De Lage Landen Financial Services, INC.<br>PO Box 825736<br>Philadelphia, PA 19182-5736<br>Jaskarn Johal was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoffs in connection with sale of units 1082 and 1083** |
| 4.3.  **PNC Bank<br>655 Business Center Drive<br>Horsham, PA 19044<br>Jaskarn Johal was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with units T112 and 1081** |
| 4.4.  **Wells Fargo Equipment Finance<br>800 Walnut Street, 4th Floor<br>Des Moines, IA 50309<br>Jaskarn Johal was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of units 43125, 1084, and 1085** |
| 4.5.  **Ally Financial<br>PO Box 380901<br>Minneapolis, MN 55438<br>Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.6.  **Arvest Bank<br>PO Box 799<br>Lowell, AR 72745<br>Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |

Debtor    **Warrior Transport, LLC**          Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.7. **Arvest Equiptment Finance**<br>**8000 Taylor Avenue**<br>**Fort Smith, AR 72916**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.8. **BMO Harris Bank, N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.9. **Crossroads Equipment Lease and Finance**<br>**9385 Haven Ave**<br>**Rancho Cucamonga, CA 91730**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.10 **Daimler Truck Financial**<br>· **14372 Hertiage Parkway Suite 400**<br>**Fort Worth, TX 76177**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.11 **De Lage Landen Financial Services, INC.**<br>· **PO Box 825736**<br>**Philadelphia, PA 19182-5736**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.12 **Engs Commercial Finance Co.**<br>· **One Pierce Place**<br>**Suite 1100 West**<br>**Itasca, IL 60143**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.13 **Lee Financial Services**<br>· **2727 E Central Avenue**<br>**Fresno, CA 93725**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.14 **Navitas Credit Corp.**<br>· **203 Fort Wade Rd Suite 300**<br>**Ponte Vedra, FL 32081**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.15 **PNC Bank**<br>· **655 Business Center Drive**<br>**Horsham, PA 19044**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |

Debtor    **Warrior Transport, LLC**          Case number *(if known)* _____

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.16   **Tandem Finance**<br>·      **Pawnee Eqpt Receivables 2022-1**<br>**PO Box 736904**<br>**TX 75300**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |
| 4.17   **Umpqua Bank Vendor Finance**<br>·      **3455 S 344th Way**<br>**#300**<br>**Auburn, WA 98001-9546**<br>**Bhupinder Kooner was co-signer for Debtor** | **2022 through mid-2023** | **Unknown** | **Regular loan payments as well as loan payoff in connection with sale of any units** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Lee Financial Services**<br>**2727 E Central Avenue**<br>**Fresno, CA 93725** | **2018 KW T680 - Last 4 of VIN: 6711 (50k)**<br>**2018 Freightliner Cascadia - Last 4 of VIN: 6990 (50k)**<br>**2020 Peterbilt 579 - Last 4 of VIN: 3470 (100k)**<br>**2020 Peterbilt 579 - Last 4 of VIN: 3472 (100k)**<br>**2019 Peterbilt 579 - Last 4 of VIN: 4923 (100k)**<br>**2019 Peterbilt 579 - Last 4 of VIN: 4939 (100k)**<br>**2022 Hytr HC - Last 4 of VIN: 5053 (60k)**<br>**2022 Hytr HC - Last 4 of VIN: 5051 (60k)**<br>**2022 Hytr HC - Last 4 of VIN: 5049 (60k)**<br>**2022 Hytr HC - Last 4 of VIN: 5189 (60k)** | **2023** | **$740,000.00** |
| **De Lage Landen Financial Services, INC.**<br>**PO Box 825736**<br>**Philadelphia, PA 19182-5736** | **2023 Hytr HC - Last 4 of VIN: 5203 (60k)**<br>**2023 Hytr HC - Last 4 of VIN: 5204 (60k)**<br>**2023 Hytr HC - Last 4 of VIN: 5202 (60k)**<br>**2023 Hytr HC - Last 4 of VIN: 5189 (60k)** | **2023** | **$240,000.00** |
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | **2019 Peterbilt 579 - Last 4 of VIN: 3501** | **2023** | **$100,000.00** |
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438-0901** | **2019 Peterbilt 579 - last 4 of VIN: 3493** | **2023** | **$100,000.00** |
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | **2019 Peterbilt - last 4 of VIN 3495** | **2023** | **$100,000.00** |
| **Arvest Equiptment Finance**<br>**8000 Taylor Avenue**<br>**Fort Smith, AR 72916** | **2022 Hytr HC - last 4 of VIN: 5041**<br>**2022 Hytr HC - last 4 of VIN: 5045**<br>**2022 Hytr HC - last 4 of VIN: 5050**<br>**2022 Hytr HC - last 4 of VIN: (unknown)** | **2023** | **$240,000.00** |

Debtor    **Warrior Transport, LLC**                              Case number *(if known)*

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Navitas Credit Corp.**<br>**203 Fort Wade Rd Suite 300**<br>**Ponte Vedra, FL 32081** | **2013 Wabash LC  - last 4 of VIN: 1737**<br>**2013 Wabash LC  - last 4 of VIN: 9110**<br>**2013 Wabash LC  - last 4 of VIN: 1744**<br>**2013 Wabash LC  - last 4 of VIN: 2056**<br>**2013 Wabash LC  - last 4 of VIN: 1740** | **2023** | **$125,000.00** |
| **Daimler Truck Financial**<br>**14372 Hertiage Parkway Suite 400**<br>**Fort Worth, TX 76177** | **2019 Peterbilt 579 - Last 4 of VIN: 3493**<br>**2019 Peterbilt 579 - totalled**<br>**2019 Peterbilt 579 - Last 4 of VIN: unkown**<br>**2019 Peterbilt 579 - Last 4 of VIN: 3490** | **2023** | **$300,000.00** |
| **Crossroads Equipment Lease and**<br>**Finance**<br>**9385 Haven Ave**<br>**Rancho Cucamonga, CA 91730** | **5x 2019 Peterbilt 579 with last 4 of vin -**<br>**4920; 4930; 4940; 4942; 4943** | **2023** | **$500,000.00** |
| **Engs Commercial Finance Co.**<br>**One Pierce Place**<br>**Suite 1100 West**<br>**Itasca, IL 60143** | **2022 Kenworth T680 last 4 of VIN - 8778** | **2023** | **$125,000.00** |
| **BMO Harris Bank, N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** | **2021 Peterbilt 579 - 3076**<br>**2021 Peterbilt 579 - 3077**<br>**2019 Freightliner Cascadia - 1079** | **2023** | **$320,000.00** |
| **Paccar Financial**<br>**777 106th Avenue N.E.**<br>**Bellevue, WA 98004** | **2019 Peterbilt 579 - Last 4 of VIN: 8080**<br>**(repossessed)** | **Summer** | **$107,700.00** |
| **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** | **2019 Peterbilt - last 4 of VIN 3499** | **2023** | **$100,000.00** |
| **Arvest Bank**<br>**PO Box 799**<br>**Lowell, AR 72745** | **2022 Munoz LC - last 4 of VIN: 2533** | **2023** | **$47,500.00** |
| **PNC Bank**<br>**655 Business Center Drive**<br>**Horsham, PA 19044** | **2023 Freightliner Cascadia - last 4 of VIN:**<br>**1468**<br>**2023 Hytr LC - last 4 of VIN: 5176** | **2023** | **$240,000.00** |
| **Arvest Equipment Finance**<br>**8000 Taylor Avenue**<br>**Fort Smith, AR 72916** | **2022 Hytr HC - last 4 of VIN: 5043** | **2023** | **$60,000.00** |
| **De Lage Landen Financial**<br>**Services, INC.**<br>**PO Box 825736**<br>**Philadelphia, PA 19182-5736** | **2023 Hytr LC - last 4 of VIN: 5205**<br>**2023 Hytr LC - last 4 of VIN: 5092**<br>**2023 Hytr LC - last 4 of VIN: 5188**<br>**2023 Hytr LC - last 4 of VIN: 5190**<br>**2023 Hytr LC - last 4 of VIN: 5201** | **2023** | **$300,000.00** |
| **Lee Financial Services**<br>**2727 E Central Avenue**<br>**Fresno, CA 93725** | **2022 Hytr HC - last 4 of VIN: 5055**<br>**2022 Hytr HC - last 4 of VIN: 5052**<br>**2022 Hytr HC - last 4 of VIN: 5054**<br>**2022 Hytr HC - last 4 of VIN: 5048**<br>**2022 Hytr HC  - last 4 of VIN: 5042**<br>**2022 Hytr HC - last 4 of VIN: 5044**<br>**2020 Wabash LC - last 4** | **2023** | **$415,000.00** |

Debtor   **Warrior Transport, LLC**      Case number *(if known)* _____

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Tandem Finance**<br>**Pawnee Eqpt Receivables 2022-1**<br>**PO Box 736904**<br>**TX 75300** | **2023 Utility LC - last 4 of VIN: 5705** | **2023** | **$60,000.00** |
| **Umpqua Bank Vendor Finance**<br>**3455 S 344th Way**<br>**#300**<br>**Auburn, WA 98001-9546** | **2013 Wabash LC  - last 4 of VIN: 9104**<br>**2013 Wabash LC - last 4 of VIN: 9108** | **2023** | **$50,000.00** |
| **Navitas Credit Corp.**<br>**203 Fort Wade Rd Suite 300**<br>**Ponte Vedra, FL 32081** | **2013 Wabash LC  - last 4 of VIN: 1735** | **2023** | **$25,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Crossroads Equipment Lease & Finance LLC v. Warrior Transport LLC**<br>**S-CV-0051464** | **Breach of contract** | **Placer County Superior Court**<br>**10820 Justice Center Drive**<br>**Roseville, CA 95678** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

Debtor    **Warrior Transport, LLC**                         Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **SEVA** | **3,480 over two years** | **145 monthly for last 24 months** | **$3,480.00** |
| | Recipients relationship to debtor<br>**None** | | | |

<br>

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Leased Penske truck damaged in an accident in the summer of 2023. Truck has been returned to Penske. Any proceeds from the outstanding insurance claim will be owed to Penske.** | **None** | **Summer 2023** | **Unknown** |

<br>

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Office of Seth L. Hanson 576 N. Sunrise Ave., Suite 110B Roseville, CA 95661** | | **10-19-2023** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

<br>

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

Debtor    **Warrior Transport, LLC**                                Case number *(if known)*

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Skylink** | 15 trailers transferred (units 1073, 1074, 1076, 1079, 5307, 1080, n7, 1069, t112, 1082, 1083, 1081, 53125, 1085, wt1086) | **Summer 2023** | **$231,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.2. | **Gurmail Singh** | **Unit 1084** | **Summer 2023** | **$25,000.00** |
| | **Relationship to debtor**<br>**None** | | | |
| 13.3. | **Elias Mendoza** | **Inoperable trucks (units 133, 135, 136). Elias picked up inoperable truck to save Debtor the expense of hauling to junkyard.** | **Summer 2023** | **$0.00** |
| | **Relationship to debtor**<br>**None** | | | |

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

| Debtor | **Warrior Transport, LLC** | Case number *(if known)* | |
|---|---|---|---|

**17.** Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

| Debtor | **Warrior Transport, LLC** | Case number *(if known)* | |
|---|---|---|---|

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Peter Holtz**<br>**4690 Duckhorn Drive**<br>**HI 96834** | **Last 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

Debtor    **Warrior Transport, LLC**                    Case number *(if known)* _____

| | **Name and address** |
|---|---|
| 26d.1. | **Ally Financial**<br>**PO Box 380901**<br>**Minneapolis, MN 55438** |
| 26d.2. | **Arvest Bank**<br>**PO Box 799**<br>**Lowell, AR 72745** |
| 26d.3. | **Arvest Equiptment Finance**<br>**8000 Taylor Avenue**<br>**Fort Smith, AR 72916** |
| 26d.4. | **Ascentium Capital**<br>**23970 US-59**<br>**Kingwood, TX 77339** |
| 26d.5. | **Ascentium Capital**<br>**23970 US-59**<br>**Kingwood, TX 77339** |
| 26d.6. | **Bank of America Leasing**<br>**Lease Administration Center**<br>**PO Box 405874**<br>**Atlanta, GA 30384-5874** |
| 26d.7. | **BMO Harris Bank, N.A.**<br>**111 W. Monroe St.**<br>**Chicago, IL 60603** |
| 26d.8. | **Crossroads Equipment Lease and Finance**<br>**9385 Haven Ave**<br>**Rancho Cucamonga, CA 91730** |
| 26d.9. | **Daimler Truck Financial**<br>**14372 Hertiage Parkway Suite 400**<br>**Fort Worth, TX 76177** |
| 26d.10. | **De Lage Landen Financial Services, Inc.**<br>**1111 Old Eagle School Rd**<br>**Wayne, PA 19087** |
| 26d.11. | **De Lage Landen Financial Services, INC.**<br>**PO Box 825736**<br>**Philadelphia, PA 19182-5736** |
| 26d.12. | **Dobbs Peterbilt**<br>**2800 136th Avenue Court East**<br>**Sumner, WA 98390** |
| 26d.13. | **Engs Commercial Finance Co.**<br>**One Pierce Place**<br>**Suite 1100 West**<br>**Itasca, IL 60143** |
| 26d.14. | **Hyundai Translead Trailer Finance**<br>**655 Business Center Drive**<br>**Horsham, PA 19044** |
| 26d.15. | **Lee Financial Services**<br>**2727 E Central Avenue**<br>**Fresno, CA 93725** |
| 26d.16. | **Mitsubishi HC Capital America**<br>**PO Box 71347**<br>**Chicago, IL 60694-1347** |

Debtor  Warrior Transport, LLC _____    Case number *(if known)* _____

| Name and address | |
| --- | --- |
| 26d.17. | **Navitas Credit Corp.**<br>**203 Fort Wade Rd Suite 300**<br>**Ponte Vedra, FL 32081** |
| 26d.18. | **Paccar Financial**<br>**777 106th Avenue N.E.**<br>**Bellevue, WA 98004** |
| 26d.19. | **Penske Truck Leasing** |
| 26d.20. | **PNC Bank**<br>**655 Business Center Drive**<br>**Horsham, PA 19044** |
| 26d.21. | **Small Business Administration**<br>**409 3rd St, SW**<br>**Washington, DC 20416** |
| 26d.22. | **Tandem Finance**<br>**Pawnee Eqpt Receivables 2022-1**<br>**PO Box 736904**<br>**TX 75300** |
| 26d.23. | **Umpqua Bank Vendor Finance**<br>**3455 S 344th Way**<br>**#300**<br>**Auburn, WA 98001-9546** |
| 26d.24. | **Wells Fargo Equipment Finance**<br>**800 Walnut Street, 4th Floor**<br>**Des Moines, IA 50309** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☑ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Parmveer Singh** | **753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **Owner and officer** | **33%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Jaskarn Johal** | **753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **Owner and officer** | **33%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| **Bhupinder Singh Kooner** | **753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **Owner and officer** | **33%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor  **Warrior Transport, LLC**                              Case number *(if known)*

- ■ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **Parmveer Singh**<br>**753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **48,000** | **Last 12 months** | **Owner and officer compensation** |
| **Relationship to debtor**<br>**Owner and officer** | | | |
| 30.2 **Jaskarn Singh Johal**<br>**753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **129,858.12** | **Last 12 months** | **Owner and officer compensation** |
| **Relationship to debtor**<br>**Owner and officer** | | | |
| 30.3 **Bhupinder Singh Kooner**<br>**753 N. George Washington Blvd**<br>**Yuba City, CA 95993** | **175,982** | **Last 12 months** | **Owner and officer compensation** |
| **Relationship to debtor**<br>**Owner and officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **Warrior Transport, LLC**           Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 29, 2023**

**/s/ Jaskarn Johal**                  **Jaskarn Johal**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of California

In re    **Warrior Transport, LLC**                                         Case No. _____

Debtor(s)                                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ....................................................     $ _____**10,000.00**

   Prior to the filing of this statement I have received ......................................     $ _____**10,000.00**

   Balance Due ....................................................................................................     $ _____**0.00**

2.   The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Motions for relief from the automatic stay, motions to avoid liens, objections to claims, and reaffirmation agreements.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 29, 2023**
_Date_

**/s/ Seth L. Hanson**
**Seth L. Hanson**
_Signature of Attorney_
**Law Office of Seth L. Hanson**
**576 North Sunrise Blvd**
**Suite 110B**
**Roseville, CA 95661**
**916-780-7005**
**seth@hansonattorney.com**
_Name of law firm_

Ally Financial
PO Box 380901
Minneapolis, MN 55438

Ally Financial
PO Box 380901
Minneapolis, MN 55438-0901

Arvest Bank
PO Box 799
Lowell, AR 72745

Arvest Equipment Finance
8000 Taylor Avenue
Fort Smith, AR 72916

Ascentium Capital
23970 US-59
Kingwood, TX 77339

AT&T
32 Avenue of Americas
New York, NY 10013-2412

Bank of America Leasing
Lease Administration Center
PO Box 405874
Atlanta, GA 30384-5874

BMO Harris Bank, N.A.
111 W. Monroe St.
Chicago, IL 60603

Crossroads Equipment Lease and Finance
9385 Haven Ave
Rancho Cucamonga, CA 91730

Daimler Truck Financial
14372 Heritage Parkway Suite 400
Fort Worth, TX 76177

De Lage Landen Financial Services, Inc.
1111 Old Eagle School Rd
Wayne, PA 19087

De Lage Landen Financial Services, INC.
PO Box 825736
Philadelphia, PA 19182-5736


Dobbs Peterbilt
2800 136th Avenue Court East
Sumner, WA 98390


Ecapital
5928 Pascal Court, Suite 200
Carlsbad, CA 92008


Engs Commercial Finance Co.
One Pierce Place
Suite 1100 West
Itasca, IL 60143


First Insurance Funding
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062-7917


Hyundai Translead Trailer Finance
655 Business Center Drive
Horsham, PA 19044


Kooner, Bhupinder
9724 Sword Dancer Drive
Roseville, CA 95747


Lee Financial Services
2727 E Central Avenue
Fresno, CA 93725


Mitsubishi HC Capital America
PO Box 71347
Chicago, IL 60694-1347


Navitas Credit Corp.
203 Fort Wade Rd Suite 300
Ponte Vedra, FL 32081


Paccar Financial
777 106th Avenue N.E.
Bellevue, WA 98004

Penske Truck Leasing


PNC Bank
655 Business Center Drive
Horsham, PA 19044


Small Business Administration
409 3rd St, SW
Washington, DC 20416


Tandem Finance
Pawnee Eqpt Receivables 2022-1
PO Box 736904
TX 75300


Umpqua Bank Vendor Finance
3455 S 344th Way
#300
Auburn, WA 98001-9546


Wells Fargo Bank NA
Wells Fargo Card Services
PO Box 10438 MAC F8235-02F
Des Moines, IA 50306-0438


Wells Fargo Equipment Finance
800 Walnut Street, 4th Floor
Des Moines, IA 50309

# United States Bankruptcy Court
### Eastern District of California

In re    **Warrior Transport, LLC**

Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Warrior Transport, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 29, 2023**

Date

**/s/ Seth L. Hanson**

**Seth L. Hanson**

Signature of Attorney or Litigant

Counsel for    **Warrior Transport, LLC**

**Law Office of Seth L. Hanson**
**576 North Sunrise Blvd**
**Suite 110B**
**Roseville, CA 95661**
**916-780-7005**
**seth@hansonattorney.com**